UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Javone Brown,

                       20 Civ. 10846 (CM)

        Plaintiff(s),

                       **TRIAL NOTICE**

  -against-

City of New York, et al.,

        Defendant(s).
----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2024

Please take notice that the above captioned matter has been **scheduled** for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Thursday, September 5, 2024 at 10:00 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Monday, September 23, 2024 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Dated: April 18, 2024
       New York, New York

                                           So Ordered

                                           Colleen McMahon, U.S.D.J