USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
LUIGI GIROTTO,
:
:
:
                              Plaintiff, :     1:23-cv-8734-GHW
              -against-
:
:
STAUD, INC., a *Delaware corporation doing business as*    :     ORDER
*Staud*, and 45 GREENE STREET OWNER LLC, *a*    :
*Delaware limited liability company,*    
:
:
                              Defendants. :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

       On April 3, 2024, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than April 17, 2024. Dkt. No. 28. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's April 3, 2024 order forthwith, and in no event later than April 25, 2024.

       SO ORDERED.

Dated: April 18, 2024  
New York, New York  
                                              GREGORY H. WOODS  
                                          United States District Judge