```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVONE BROWN,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

20-CV-10846 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed plaintiff's letter-motion seeking a discovery conference to resolve the parties' dispute concerning plaintiff's Fed. R. Civ. P. 30(b) Notice of Deposition. (*See* Dkt. 64; *id.* Ex. A.) Defendant's response to plaintiff's letter-motion must be filed no later than **July 8, 2024**. In its response, defendant should update the Court as to the proposals, if any, that the parties have made to limit the scope of the deposition. Plaintiff may file a reply letter no later than **July 10, 2024**. The Court will hold a discovery conference on **July 11, 2024, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      In his reply letter, and at the conference, plaintiff should be prepared to explain, among other things, why he is entitled to NYPD testimony in this action concerning: (a) any and all "Constitutional limits on police power"; (b) any and all "training," as to any and all subjects; and (c) specific events not part of this action (*e.g.*, "training on Randall's Island in July, August, or September 2011 in preparation for Occupy Wall Street protests in September 2011"). Plaintiff should also address: (d) approximately what portion of the 7 hours (maximum) allotted to the Rule 30(b) deposition will be devoted to each of the more than 40 separate Topic Items and Subtopics listed in his deposition notice; and (e) how much preparation time defendant can reasonably be required to spend with regard to each such Topic Item and Subtopic.

Dated: New York, New York
       June 27, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**