

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2024

**MEMO ENDORSED**

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALAN H. SCHEINER
*Senior Counsel*
phone: (212) 356-2344
fax: (212) 356-39094
email: ascheine@law.nyc.gov

July 8, 2024

<u>**Via ECF**</u>

Hon. Barbara C. Moses
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re:  *Brown v. City of New York*, 20-cv-10846-CM

Your Honor:

   I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York (the "City"), counsel for the City in this matter. I am writing to respectfully request an adjournment of the time for the City to respond to plaintiff's letter seeking a conference on discovery from July 8 to July 23, 2024, with a concomitant adjournment of the time for plaintiff to reply to that submission from July10 to July 25, and an adjournment of the discovery conference scheduled for July 11, 2024, to one of the following dates when all counsel are available: August 1 in the afternoon, or July 26. Plaintiff's counsel consents to this request, and it is the first request for adjournment of these dates.

   Defendants apologize for the belated timing of this request and are cognizant of the Court's timing requirements for extensions in the Court's Individual Practices. The delay is due in part to an oversight by defendants' counsel; the need to confer with plaintiff's counsel; and the July 4, holiday and associated family vacation. The reasons for this request are as follows. The undersigned is the only attorney assigned to the defense of this matter. I have a previously scheduled deposition in another matter on July 8 and July 11, 2024, and a pre-trial submissions deadline of July 15, 2024 (for a trial scheduled to begin August 12), including motions *in limine*, Joint Pre-Trial Order and jury instructions as well as another pre-trial briefing deadline on July 22 in the same case. Due to those deadlines and other recent and upcoming obligations, defendants are unable to submit a response to plaintiff's motion today, or to appear for a conference on July 11. Defendants regret any inconvenience to counsel and the Court arising from this request.

   Accordingly, defendants request the following adjournments:

- Defendants' letter responding to plaintiff's request for conference: July 8 to July 23, 2024.
- Plaintiff's reply letter:  July10 to July 25.
- Discovery conference from July 11, 2024, to: August 1 in the afternoon, or July 26.

We thank the Court for its consideration of this matter.

Sincerely,

*Alan H. Scheiner /s/*

Alan H. Scheiner
Senior Counsel
Special Federal Litigation Division

Encl.
cc (via ECF):  All counsel

Application GRANTED. The conference previously scheduled for July 11, 2024, is hereby ADJOURNED to **August 1, 2024, at 1:00 p.m.** No further extensions will be granted absent compelling circumstances. **SO ORDERED.**

**Barbara Moses**
**United States Magistrate Judge**
**July 9, 2024**