UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Javone Brown,

                    20 Civ. 10846 (CM)

          Plaintiff(s),        **AMENDED**
                                **TRIAL NOTICE**

    -against-

City of New York, et al.,

          Defendant(s).
----------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled** for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Thursday, November 21, 2024 at 10:30 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Monday, December 9, 2024 at 9:30 a.m.** Parties are directed to file all pre-trial submissions by November 22, 2024. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers. No further adjournments.

Dated: September 4, 2024
       New York, New York

                                                So Ordered

                                                Colleen McMahon, U.S.D.J