USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVONE BROWN,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

20-CV-10846 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As noted by Judge McMahon (Dkt. 89), plaintiff's pending letter-motion (Dkt. 86) and defendant's response (Dkt. 88) fall within the scope of my referral. Plaintiff must file any reply letter no later than **October 23, 2024**.

Dated: New York, New York
       October 22, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**