

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (212) 356-3509
Email: jzangril@law.nyc.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2024
```

**MEMO ENDORSED**

November 13, 2024

**BY ECF**
Honorable Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Javone Brown v. City of New York, et al.
      20 Civ. 10846 (CM)(BCM)

Your Honor:

Defendant writes to respectfully request the Court to adjourn the settlement conference presently scheduled for November 18, 2024 at 2:15 P.M. Based on the most recent settlement discussions between the parties, the City does not believe a settlement conference would have any meaningful chance to bring about a resolution of this case.

Defendant thanks the Court for its time and attention to this request.

Respectfully submitted,

*Joseph Zangrilli* /s

Joseph Zangrilli
Special Federal Litigation Division
100 Church Street
New York, New York 10007
(212) 356-2657

---

On **November 14, 2024, at 12:00 p.m.**, Judge Moses will hold a confidential telephone conference in advance of the settlement conference scheduled for November 18, 2024. Dial in information will be provided to the parties by email. **SO ORDERED.**

*[signature]*

**Barbara Moses**
**United States Magistrate Judge**
**November 13, 2024**